UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CR-60032-Cohn/Seltzer

UNITED STATES OF AMERICA,

vs.

ALFREDO JARAMILLO BAQUE,

       Defendant,
_____/

# DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT'S MOTION FOR SPECIFIC *KYLES* AND *BRADY* INFORMATION (DE:44)

Defendant ALFREDO JARAMILLO BAQUE, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, requests leave to adopt co-defendant Piviton Posligua Giler's Motion for Specific *Kyles* and *Brady* Information (DE:44). Mr. Jaramillo Baque's motion is based on the following grounds:

1.    Mr. Jaramillo Baque and his co-defendants, Piviton Posligua Giler and Egar Hernandez Bailon, were arrested in international waters on December 27, 2016. They have since been indicted for international drug-trafficking. All three defendants have moved to dismiss the indictment on various graounds.

2.    Mr. Posligua Giler has filed a motion motion for specific *Kyles* and *Brady* information (DE:44) in support of the motions to dismiss.

3.    Messrs. Jaramillo Baque and Posligua Giler are similarly situated with respect to all the issues raised in Mr. Posligua Giler's motion for specific *Kyles* and *Brady* information and

1

Mr. Jaramillo Baque wishes to adopt the arguments made in his motion. The granting of this request would seem to serve the interests of judicial economy.

WHEREFORE Jaramillo Baque requests leave to adopt Mr. Posligua Giler's Motion for Specific *Kyles* and *Brady* Information (DE:44).

Respectfully submitted,

JOAQUIN MENDEZ, P.A.
201 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone (305) 375-0886
Fax: (305) 375-0884
By:

*s/ Joaquin Mendez*
Joaquin Mendez, Esq.
Florida Bar No. 0814652
jm@jmendezlaw.com
jmendezlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Joaquin Mendez*
Joaquin Mendez, Esq.